# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| In the Matter of | : | No. 2626 Disciplinary Docket No. 3 |
| | : | |
| DONALD B. MOREMAN | : | Board File No. C4-19-354 |
| | : | |
| | : | (Court of Common Pleas of Fayette |
| | : | County, No. CP-26-CR-127-2019) |
| | : | |
| | : | Attorney Registration No. 47805 |
| | : | |
| | : | (Fayette County) |

## ORDER

**PER CURIAM**

    **AND NOW**, this 30th day of July, 2019, upon review of the responses to a rule to show cause why Donald B. Moreman should not be placed on temporary suspension, the Rule is made absolute, and he is placed on temporary suspension. *See* Pa.R.D.E. 214(d)(2). He shall comply with all the provisions of Pa.R.D.E. 217.